# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **SCOTT ALBERT JOHNSON** <br><br> Defendant. | CR NO: 2:14-CR-43 KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: **SCOTT ALBERT JOHNSON**
Detained at: North Kern State Prison
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 17, 2014 in the Eastern District of California.*

Signature: /s/ Sherry D. Hartel Haus
Printed Name & Phone No: SHERRY D. HARTEL HAUS
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 17, 2014, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 3, 2014

/s/ Allison Claire
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: T78108
Facility Address: 2737 West Cecil Avenue, Delano, CA 93215
Facility Phone: (661) 721-2345
Currently

☒ Male  ☐ Female
DOB: 1/3/80
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____

(signature)