# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>**SCOTT ALBERT JOHNSON**<br><br>　　　　　Defendant. | CR NO: 2:14-CR-43 KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | **SCOTT ALBERT JOHNSON** |
| Detained at: | North Kern State Prison |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>　　　　charging detainee with: _____ |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on March 17, 2014 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Sherry D. Hartel Haus |
| Printed Name & Phone No: | SHERRY D. HARTEL HAUS |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 17, 2014, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 3, 2014

/s/ Allison Claire
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | T78108 | DOB: | 1/3/80 |
| Facility Address: | 2737 West Cecil Avenue, Delano, CA 93215 | Race: | |
| Facility Phone: | (661) 721-2345 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)