# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**SCOTT ALBERT JOHNSON**<br><br>　　　　　　　Defendant. | CR NO: 2:14-CR-43 KJM |

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　　　　☐ Ad Testificandum

Name of Detainee: **SCOTT ALBERT JOHNSON**
Detained at: North Kern State Prison
Detainee is:　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　　charging detainee with: _____
　or　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☐ return to the custody of detaining facility upon termination of proceedings
　or　b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORWITH in the Eastern District of California.*

Signature: /s/ Sherry D. Hartel Haus
Printed Name & Phone No: SHERRY D. HARTEL HAUS
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee *FORWITH* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 7, 2014

　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　Honorable Allison Claire
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: T78108
Facility Address: 2737 West Cecil Avenue, Delano, CA 93215
Facility Phone: (661) 721-2345
Currently

☒ Male　☐ Female
DOB: 1/3/80
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____