IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 2:14-cr-00043-KJM-3 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| SCOTT ALBERT JOHNSON, | |
| Defendant. | |

The court appointed the Fresno panel for the initial appearance. The Federal Defender has determined this case should go to the Sacramento panel. CJA Panel Attorney Michael D. Long is hereby appointed effective November 12, 2019, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: November 12, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE