MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for SCOTT JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-14-43 KJM
               Plaintiff,            )
                                ) STIPULATION AND
    v.                                     ) ORDER TO ADVANCE STATUS
                                ) HEARING
SCOTT JOHNSON,                   ) Date: 11-22-2019
               Defendants.         ) Time: 2:00 p.m.
==============================) Judge: Hon. Carolyn K. Delaney

      It is hereby stipulated between the parties, Amy Hitchcock, Assistant United States Attorney, and Michael D. Long, attorney for defendant Scott Johnson, that the status conference date of November 25, 2019, should be advanced to November 22, 2019.  Mr. Long is in trial in Department 30 of the Sacramento Superior Court.  The trial will be in session on November 25, 2019, but not on November 22, 2019.

Dated:  November 14, 2019                      Respectfully submitted,

                                                      /s/ *Michael D. Long*
                                                      MICHAEL D. LONG
                                                      Attorney for Scott Johnson

Dated:  November 14, 2019                      McGREGOR SCOTT
                                                      United States Attorney

                                                      /s/ *Amy Hitchcock*
                                                      AMY HITCHCOCK
                                                      Assistant U.S. Attorney

    ///

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of November, 2019.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE