UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 22, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ALBERT JOHNSON,<br><br>Defendant. | Case No. 2:14-cr-00043-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SCOTT ALBERT JOHNSON ,

Case No. 2:14-cr-00043-KJM  Charge 18 USC §3583 18 USC §3583 , from custody

for the following reasons:for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X  (Other): To be released on 11/25/19 at 8 AM to the custody of Investigator Sally Richardson Cervantes to be transported to the Salvation Army Rehab Center in Stockton, CA

Issued at Sacramento, California on November 22, 2019 at  2:00 pm

By: _____
Magistrate Judge Carolyn K. Delaney