McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ALBERT JOHNSON,<br><br>Defendant. | CASE NO. 2:14-CR-00043-KJM<br><br>STIPULATION REGARDING RELEASE OF DISCOVERY; ORDER<br><br>DATE: No hearing requested<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      On December 2, 2019, the assigned U.S. Probation Officer filed a Superseding Petition for Warrant or Summons for Offender Under Supervision ("Superseding Petition") in the above-captioned case. The Superseding Petition charged the defendant with various violations of the terms of his supervised release.

2.      The defendant made his initial appearance on the Superseding Petition before the Honorable Deborah Barnes, U.S. Magistrate Judge, on December 19, 2019. At the conclusion of the initial appearance, the defendant was ordered detained and an admit/deny hearing was set for January 13, 2020, before the assigned District Judge, the Honorable Kimberly J. Mueller.

3.      The Superseding Petition lists a number of items of evidence that would be offered at a

revocation hearing to support the Probation Officer's allegations that the defendant is in violation of the terms and conditions of his supervised release. These items include, but are not limited to, various urine sample specimens, written reports documenting the defendant's statements relating to his use of controlled substances, and documents detailing the defendant's attendance at required drug treatment sessions and tests. A complete list of the evidence to be offered in support of the Probation Officer's allegations is set forth on pages 6 and 7 of the Superseding Petition.

4. Neither defense counsel nor counsel for the government is currently in possession of any of the items of evidence set forth on pages 6 and 7 of the Superseding Petition. The parties understand that the most prudent method of obtaining these items of evidence for use during the remainder of this proceeding is by way of a Court order.

5. Accordingly, and by this stipulation, the parties jointly request that the Court issue an order authorizing the assigned Probation Officer to release to defense counsel and counsel for the government copies of all the documentary evidence set forth on pages 6 and 7 of the Superseding Petition.

6. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for the defendant and for the government both desire that the direct evidence set forth on pages 6 and 7 of the Superseding Petition be released to them by the assigned Probation Officer.

///
///
///
///
///
///
///
///
///
///

1          b)       Counsel for the government confirmed that the assigned Probation Officer does

2    not object to this request.

3

4    IT IS SO STIPULATED.

5

6    Dated:  January 6, 2020                      McGREGOR W. SCOTT
                                       United States Attorney

7

8                                     /s/ SAM STEFANKI
                                     SAM STEFANKI

9                                     Assistant United States Attorney

10

11

12   Dated:  January 6, 2020                      /s/ MICHAEL LONG
                                     MICHAEL LONG

13                                     Counsel for Defendant
                                     SCOTT ALBERT JOHNSON

14

15

16

17  **FINDINGS AND ORDER**

        IT IS SO FOUND AND ORDERED.

18  Dated:  January 6, 2020

19

20

21

22                                    DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28