UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ALBERT JOHNSON,<br><br>Defendant. | No. 2:14CR00043-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |
|---|---|

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release SCOTT ALBERT JOHNSON;

Case No. 2:14CR00043-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    __X__ (Other): <u>Time Served; Defendant to be released at 1:00 PM to Private Investigator Marty Whited for direct transportation to "His Way Recovery" program in Manteca, CA.</u>

Issued at Sacramento, California on <u>  6/21/21  </u>, at <u>  10:26 a.m.  </u>.

_____
CHIEF UNITED STATES DISTRICT JUDGE